**Quinton F. CROOM, Plaintiff— Appellant,**

v.

**Officer FULLEN, K9 Unit, Defendant—Appellee,**

and

**Warden Sam Young, Defendant.**

**No. 10–7410.**

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 18, 2011.

Decided: Jan. 27, 2011.

Quinton F. Croom, Appellant Pro Se. John Michael Parsons, Assistant Attorney General, Richmond, Virginia, for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Quinton F. Croom appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Croom v. Fullen,* No. 7:09–cv–00399–jlk–mfu, 2010 WL 3783435 (W.D.Va. Sept. 28, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*